



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
UNITED STATES OF AMERICA,

        -v-                                5:09-CR-418

GARY CAMP,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on defendant's Rule 29 Motion for a Judgment of Acquittal on November 17, 2010, in Utica, New York, it is hereby

ORDERED that

1. Count 20 of the First Superseding Indictment charging defendant Gary Camp with Conspiracy to Commit Securities Fraud through Insider Trading is DISMISSED;

2. Counts 21, 22, 23, and 24 of the First Superseding Indictment charging defendant Gary Camp with Securities Fraud through Insider Trading are DISMISSED; and

3. Counts 27, 28, 29, and 30 of the First Superseding Indictment charging defendant Gary Camp with Tender Offer Fraud are DISMISSED.

The Clerk of the Court is directed to enter judgment dismissing the First Superseding Indictment against the defendant Gary Camp and enter a judgment of acquittal.

IT IS SO ORDERED.

                                                                                              _____
                                                                                              United States District Judge

Dated: November 17, 2010
       Utica, New York.